RECEIVED IN
The Court of Appeals
Sixth District

JUN 2 5 2015

Texarkana, Texas
Debra Autrey, Clerk

(1)

NO. 06-14-00024-CR

DATE 6-15-20 15  FILED IN
The Court of Appeals
Sixth District

JUN 2 5 2015

Texarkana, Texas
Debra K. Autrey, Clerk

IN THE COURT OF APPEALS
FOR THE SIXTH APPELLATE DISTRICT
AT TEXARKANA

TRIAL CAUSE NO.
42,897-B

ESAW LAMPKIN
VS.
THE STATE OF TEXAS

Statement of Claims

(1) THE 6 Amendment Rights To the United States. Constitution A Right To A Fair Assistance of counsel For Defence IN Trial Behalf of an indigent Defendant Are unable To Receive A Defence of Issures on Appeal. Against A illegal Blood Draw

(2) The Appellent Attoreney Filed To raise Issues ARGument in the Appellent brief on his client Behalf of A fourth Amendment Violation. A unreasonable search and seizure of illegally seizure of Blood Sample without concent Take By Force violated The states implied consent statute invalid search. of one Person is unconstitutional

(3) THE APPELLANT Complain that there are A Reversal issues To Be illegally Raise on Appeal. Subjected To Harm Analysis Review constitutional Harm Analysis And Pursuant To Tex R. App. P. 44(2) Because The Appellate Records iN A criminal Case Revals Constitutional ERRORS.

4. Complaint REQUEST issues To Be Raised Because Appellant court Appointed counsel in Agreement. with The state. That The had A True search WARRANT To Draw A Blood sample However There No Trial Records. of That Exhibit stated in The Appellent motion To ABATE Appeal
SEE Attachment

5) Complaint of court ERROR Date of Trial. There's NO RECORD OF A Exhibit Filed or included search warrant Evidence from the state included in The reporters RECORDS Amitted into Evidence of A PROOF.

Question From Appellent To the courts can A Exhibit AFTEr one Person Trial is over Be Admitted. iN A SUPPLEMENTal RECORD REPORTERS RECORD

6) Complain of A misconduct court ERRORS how. is it that The Gregg county court officials. in The 124TH Judicial District. Didnot Amite to True search warrant At Date of Trial

Are A Recognizable and netrun Date of At time. of Properly Filing. it is A material Fact question of Law issues. As A whole The misconduct of state officials Resulted in HARM Appellent Procedure.U.S.C. Al const Amends 6 (14) Vernons Ann. Texas const ART (1.3 15) A challenging Party civ. Proc. rule 327 Al

7) The state implied. consent stature gives A Person. A right To Refuse an officers request To Provide A Blood Sample ARt 724.013 of the TEXAS Transportation code. and The only exception To Forcable Take A) Blood. specimen over A Refuse chapter 49 penal code Transportation code iF A Person was involved in An Accident The officer Filed. To meet The Four requirements in The TEXAS Transportation code. To forcably withdraw Appellent Blood A Fourth Amendment Violation of His constitutional Rights ————— SEE ATtachment Pages

(8) Grounds of Relief and complaint Appellant. constitutional Rights WAS so indeed violateded of the united states Against. unreasonable searches and seizures there was NO oath of the affirmation

(9) Appellent was slamed face down on right shoulder on to A Hospital Bad with the handcuffs Behind MY Back Just Because I Refused the concent To Allow, A Blood sample Because the search warrant was No good. was Not infont of NO Transip Record of A Judge

(10) I Receive A) 99 year sentance in A state Prison I was not Dranking And Driving I didNot Have A Fair Public Trial. Nor did I Request For A Trial I Requested A change of Venue From out of the Gregg county Because could Not Receive A Fair Trial. The courts sent me To Trial Against MY fee-will the Appellent Trial courts Records reflect grounds. complaint of the court officials of Gregg county in the 124TH District court. WAS Violation of MY constitution Rights Denied A FAir Trial I didNot Request A Jury. Trial

(11) The Admission of Evidence obtained in violation of the Fourth Amendment is subject To the Constitutional Harm Analysis Pursuant To To Ted R. APP. P. 44 (2) Record Revals Error A Appellent court must Reverse Judgment or Conviction. Harmless Error inquiry under APP. P. Rule 44 21

SEE Attachment Pages

NO. 06-14-00024-CR
IN THE COURT OF APPEALS
FOR THE SIXTH APPELLANT DISTRICT
AT TEXARKANA

ESAW LAMPKIN PROSE

VS.

THE STATE OF TEXAS

TRIAL CAUSE NO:
42,897-B

IN A SWORN AFFIDAVIT
STATEMENT HEREIN

I APPELLANT ESAW LAMPKIN PROSE state on the Date of my illegal I WAS in handcuff and illegally Force question To Admit To The State Trooper That I Drank Three Natural Lights Beers when I didnot and on A Filed. Test He didnot at all unhandcuff me To Perform The walkin and TRUN NOR The one Lege Stand. Force A (DWI) I on me while I was Already Place under Arrest in "Handcuff" For A Stolen Truck which I didnot. still. my Freedom of movement WAS indeed restricted Didnot Have A Fair change. To Prove. To The Officer That I Appellant was not Dranking And Driving Filed. To read To me my constitutional rights. To remain silent Nor did I WAIVE my Rights over The state Trooper. Dean Befor questioning Dean Violateded my Fifth Amendments constitutional Rights illegally questioning and my Fourteenth Amendment rights under Proceedure Due Process Filed To allow To freely move. The one Leg-stand And walkin and Trun. while my Freedom of movement was restricted unFair proceedure

× Esaw Lampkin #1912325

DATE 6-15-2015

CERTIFICATE OF DELIVERY

I hereby certify that A True of this complaint are been To mailed. To the sixth court of Appeals District. of Texas Bi-state Justice 100 North state Line Avenue #20 Texarkana, Texas 75501 Place into The Prison Legal mail Box at The Clements unit 9601 spur 591 Amarillo, Texas 79107

#1912325

Evan Lampkin